IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ROBERT HISCOX,

      Plaintiff,                    No. 2:10-cv-0467 JAM CKD P

      vs.

MIKE MARTEL, et al.,

      Defendants.             ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On May 7, 2012, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 7, 2012, are adopted in full;

2. The following defendants are dismissed from this action with prejudice: Mike Martel, Ray Garcia, B. Gascon, Kelly Martinez, Heidy Lackner, T. Reece, and Lonnie Jackson.

3. The Clerk of Court is directed to amend the docket to reflect that the only defendants remaining in this action are listed in the findings and recommendations.

DATED:   July 26, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE