IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ROBERT HISCOX,

      Plaintiff,                No. 2:10-cv-0467 JAM CKD P

      vs.

MIKE MARTEL, et al.,

      Defendants.       FINDINGS & RECOMMENDATIONS

_____/

      By an order filed November 8, 2012, this court ordered plaintiff to complete and return to the court, within sixty days, the USM-285 forms necessary to effect service on defendant C. Haven. That sixty day period has since passed, and plaintiff has not responded in any way to the court's order.

      IT IS HEREBY RECOMMENDED that defendant C. Haven be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

      These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

1

1  time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
2  (9th Cir. 1991).
3   Dated: January 30, 2013
4
   _____
5  CAROLYN K. DELANEY
   UNITED STATES MAGISTRATE JUDGE
6
7
8  de
   hisc0467.fusm
9